UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.:5:12-CV-610-F

CITY GRILL HOSPITALITY GROUP, INC.,

    Plaintiff,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY

    Defendant.

EXHIBIT LIST TO MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN SUPPORT OF MOTION FOR RELIEF DUE TO DEFENDANT'S SPOLIATION OF RELEVANT EVIDENCE

Exhibit A -- Dimitrios "Jimmy" Diamantopoulos Affidavit

Exhibit B -- Dimitrios "Jimmy" Diamantopoulos Deposition Transcript dated May 24, 2013

Exhibit C -- Hunter B. Lacy Deposition Transcript Dated August 21, 2013

Exhibit D -- Hunter B. Lacy Claim Report Dated May 21, 2012

Exhibit E -- Hunter B. Lacy Federal Report Dated June 28, 2013

Exhibit F -- L. Henry Martini Deposition Transcript Dated August 20, 2013

Exhibit G -- L. Henry Martini Claim Report Dated May 23, 2012

Exhibit H -- L. Henry Martini Federal Report Dated June 28, 2013

Exhibit I -- Chadwick Braxton Royal Deposition Transcript Dated July 19, 2013

Exhibit J -- Steven C. Booth Deposition Transcript Dated August 16, 2013

Exhibit K -- Steven C. Booth Expert Report Dated June 3, 2013

Exhibit L-- Stephen Edward Stone Deposition Transcript July 19, 2013

Exhibit M -- Stephen Edward Stone Expert Report Dated June 3, 2013

Exhibit N -- King v. American Power Conversion Corp. 181 Appx. 373 (4th Cir. N.C. 2006)

Exhibit O --  Cleveland Const., Inc. v. Fireman's Fund Ins. Co., 819 F. Supp. 2d 477 (W.D.N.C. 2011)

Exhibit P –  Nelson v. Hartford Underwriters Ins. Co., 177 N.C. App. 595,630 S.E.2d 221 (2006)

Exhibit Q --  Jordan F. Miller Corp. v. Mid-Continent Aircraft Service, Inc. 139 F.3d 912 (10th Cir. 1998)